**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 08-1744**

─────────────

JENNEBAH S. VILLE,

        Plaintiff – Appellant,

    v.

UNITED AIR LINES, INCORPORATED, Dulles Airport Virginia,

        Defendant – Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, Senior District Judge.  (1:07-cv-00900-TSE-TCB)

─────────────

Submitted:  December 11, 2008    Decided:  December 15, 2008

─────────────

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Jennebah S. Ville, Appellant Pro Se.  Eric J. Janson, Michael Andrew Viccora, SEYFARTH & SHAW, LLP, Washington, D.C., for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jennebah S. Ville appeals the district court's order granting summary judgment in favor of the Defendant, and dismissing with prejudice Ville's 42 U.S.C. §§ 2000(e)-(e)17 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Ville v. United Air Lines, Inc.</u>, No. 1:07-00900-TSE-TCB (E.D. Va. filed June 23, 2008; entered June 24, 2008). We deny Ville's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>